B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>FOT Residences II, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>26-1467764 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>901 W. Madison St<br>Chicago, IL 60607<br>ZIP CODE 60607-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

---

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (12/11)** **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> FOT Residences II, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br> X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11) **Page 3**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>FOT Residences II, LLC |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Robert W. Glantz<br>Signature of Attorney for Debtor(s)<br>Robert W. Glantz 6201207<br>Printed Name of Attorney for Debtor(s)<br>Shaw Fishman Glantz & Towbin LLC<br>Firm Name<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60654<br>Address<br><br>312-541-0151 Fax:312-980-3888<br>Telephone Number<br>December 19, 2012<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X /s/ David Rousso,<br>Signature of Authorized Individual<br>FOT GM Manager II, LLC its Managing Member by David Rousso, One of Its Members<br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br>December 19, 2012<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   FOT Residences II, LLC   Case No.
Debtor(s)   Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 901 Madison Condominium Assoc<br>c/o Ryan Shpritz, its Reg. Agent<br>750 Lake Cook Rd. #350<br>Buffalo Grove, IL 60089 | 901 Madison Condominium Assoc<br>c/o Ryan Shpritz, its Reg. Agent<br>750 Lake Cook Rd. #350<br>Buffalo Grove, IL 60089 | | | Unknown |
| Augusta Properties & Investments<br>Keith Joseph<br>1648 W. Augusta<br>Chicago, IL 60622 | Augusta Properties & Investments<br>Keith Joseph<br>1648 W. Augusta<br>Chicago, IL 60622 | | | Unknown |
| David I Rousso, Trustee<br>of David I Rousso Revoc Trust<br>2340 Woodpath Land<br>Highland Park, IL 60035 | David I Rousso, Trustee<br>of David I Rousso Revoc Trust<br>2340 Woodpath Land<br>Highland Park, IL 60035 | | | Unknown |
| Edwin Leshin<br>155 Janes Loop<br>Highwood, IL 60040 | Edwin Leshin<br>155 Janes Loop<br>Highwood, IL 60040 | | | Unknown |
| Greg Eshoo<br>401 Washington ST<br>Glenview, IL 60025 | Greg Eshoo<br>401 Washington ST<br>Glenview, IL 60025 | | | Unknown |
| Harris Bank<br>1300 S. Wabash Ave<br>Chicago, IL 60605 | Harris Bank<br>1300 S. Wabash Ave<br>Chicago, IL 60605 | | | Unknown |
| James D. Geleerd<br>2260 Sheridan Rd.<br>Highland Park, IL 60035 | James D. Geleerd<br>2260 Sheridan Rd.<br>Highland Park, IL 60035 | | | Unknown |
| James D. Geleerd<br>217 N. Jefferson St. 5th Floor<br>Chicago, IL 60661 | James D. Geleerd<br>217 N. Jefferson St. 5th Floor<br>Chicago, IL 60661 | | | Unknown |
| Jason Neimark<br>3627 Saint Annes<br>Boca Raton, FL 33496 | Jason Neimark<br>3627 Saint Annes<br>Boca Raton, FL 33496 | | | Unknown |
| Joe Jakubicek<br>224 W. Fairview Way<br>Palatine, IL 60067 | Joe Jakubicek<br>224 W. Fairview Way<br>Palatine, IL 60067 | | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  FOT Residences II, LLC  
              Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Joel Bayer<br>1948 N. Orchard<br>Chicago, IL 60614 | Joel Bayer<br>1948 N. Orchard<br>Chicago, IL 60614 | | | Unknown |
| Michael Ezgur<br>217 N. Jefferson St. 5th Floor<br>Chicago, IL 60661 | Michael Ezgur<br>217 N. Jefferson St. 5th Floor<br>Chicago, IL 60661 | | | Unknown |
| Mike Zucker<br>Peak Properties<br>2201 W. Roscoe<br>Chicago, IL 60618 | Mike Zucker<br>Peak Properties<br>2201 W. Roscoe<br>Chicago, IL 60618 | | | Unknown |
| Roth Holdings, LLC<br>Mitchell Roth c/o Much Shelist<br>191 N. Wacker #1800<br>Chicago, IL 60606 | Roth Holdings, LLC<br>Mitchell Roth c/o Much Shelist<br>191 N. Wacker #1800<br>Chicago, IL 60606 | | | Unknown |
| Steinberg Advisors, Ltd.<br>5 Revere Dr.<br>Suite 400<br>Northbrook, IL 60062 | Steinberg Advisors, Ltd.<br>5 Revere Dr.<br>Suite 400<br>Northbrook, IL 60062 | | | Unknown |
| Terrapin Realty LLC<br>c/o James D. Geleerd<br>2260 Sheridan Road<br>Highland Park, IL 60035 | Terrapin Realty LLC<br>c/o James D. Geleerd<br>2260 Sheridan Road<br>Highland Park, IL 60035 | | | Unknown |
| The David M. Ferrino Trust 5/13/05<br>David Ferrino<br>10801 Buckingham Place<br>Concord, OH 44077 | The David M. Ferrino Trust 5/13/05<br>David Ferrino<br>10801 Buckingham Place<br>Concord, OH 44077 | | | Unknown |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**
In re  FOT Residences II, LLC                                              Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 19, 2012                      Signature  /s/ David Rousso,
                                                        FOT GM Manager II, LLC its Managing Member by David Rousso, One of Its Members

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

.

901 Madison Condominium Assoc
c/o Ryan Shpritz, its Reg. Agent
750 Lake Cook Rd. #350
Buffalo Grove, IL 60089


Andrew H. Eres
Stahl Cowen Crowley Addis LLC
55 West Monroe #1200
Chicago, IL 60603


Augusta Properties & Investments
Keith Joseph
1648 W. Augusta
Chicago, IL 60622


David I Rousso, Trustee
of David I Rousso Revoc Trust
2340 Woodpath Land
Highland Park, IL 60035


Edwin Leshin
155 Janes Loop
Highwood, IL 60040


First Merit Bank
61 E. Van Buren St.
Chicago, IL 60605


Greg Eshoo
401 Washington ST
Glenview, IL 60025


Harris Bank
1300 S. Wabash Ave
Chicago, IL 60605


James D. Geleerd
2260 Sheridan Rd.
Highland Park, IL 60035


James D. Geleerd
217 N. Jefferson St. 5th Floor
Chicago, IL 60661

```
Jason Neimark
3627 Saint Annes
Boca Raton, FL 33496


Joe Jakubicek
224 W. Fairview Way
Palatine, IL 60067


Joel Bayer
1948 N. Orchard
Chicago, IL 60614


Kevin V. Hunt
Stahl Cowen Crowley Addis LLC
55 West Monroe #1200


Michael Ezgur
217 N. Jefferson St. 5th Floor
Chicago, IL 60661


Mike Zucker
Peak Properties
2201 W. Roscoe
Chicago, IL 60618


Roth Holdings, LLC
Mitchell Roth c/o Much Shelist
191 N. Wacker #1800
Chicago, IL 60606


Steinberg Advisors, Ltd.
5 Revere Dr.
Suite 400
Northbrook, IL 60062


Terrapin Realty LLC
c/o James D. Geleerd
2260 Sheridan Road
Highland Park, IL 60035


The David M. Ferrino Trust 5/13/05
David Ferrino
10801 Buckingham Place
Concord, OH 44077
```