UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-49578 |
| FOT RESIDENCES II, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S FIRST MOTION TO EXTEND EXCLUSIVE PERIODS TO PROPOSE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES

Upon consideration of the motion (the "Motion") of FOT Residences II, LLC, the above-captioned debtor and debtor in possession (the "Debtor") requesting the entry of an order pursuant to 11 U.S.C. § 1121(d) extending the Debtor's exclusive periods within which to file and solicit acceptances of a chapter plan to and including July 17, 2013, and September 15, 2013, respectively (capitalized terms not defined herein shall have the meanings ascribed to them in the Motion); due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is ORDERED that:

1. The Motion is granted as provided herein.

2. The Plan Proposal Period for the Debtor is extended to and including July 17, 2013.

3. The Solicitation Period for the Debtor is extended to and including September 15, 2013.

4. The relief granted in this order is effective as of April 12, 2013, the date the Debtor filed and served this Motion.

*Final indusicam*                                Enter:

2 2 APR 2013
Dated:                                           United States Bankruptcy Judge

**Prepared by:**
Robert W. Glantz (#6201207)
David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

Rev: 20130103_bko