UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-49578 |
| FOT RESIDENCES II, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

Upon consideration of the motion (the "Motion," and all undefined terms herein having the meanings set forth in the Motion) of FOT Residences II, LLC, the Reorganized Debtor established by the Debtor's First Amended Plan of Reorganization [Dkt. No. 95] (the "Plan"), for entry of a final decree closing the above-captioned bankruptcy case; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED as follows:

1. The Motion is granted as provided herein.

2. A Final Decree is hereby entered, and the case captioned In re FOT Residences II, LLC, Case No. 12-49578, pending in the United States Bankruptcy Court for the Northern District of Illinois, is hereby closed.

3. ~~Notwithstanding entry of this Final Decree, the Court retains jurisdiction over certain matters as set forth and provided in Article XI of the Plan.~~

Enter:

Dated: **19 FEB 2014**

United States Bankruptcy Judge

**Prepared by:**
Robert W. Glantz (#6201207)
David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile

Rev: 20130104_bko